UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
Joseph Halberstam,

                      Plaintiff,

      -against-

Global Credit & Collection, Corp.,

                      Defendant.
-------------------------------------------------------------X

12 CV 02614 (SLT)(MDG)

**STIPULATION OF DISCONTINUANCE**

Pursuant to F.R.C.P. 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Plaintiff Joseph Halberstam, and the Defendant Global Credit & Collection, Corp., by and through the undersigned counsels, hereby stipulate that the above-captioned action shall be dismissed with prejudice without costs and/or attorney fees to any party.

Dated: November 14, 2012
       New York, New York

By: _____
    Samuel A. Ehrenfeld, Esq.
FREDRICK SCHULMAN & ASSOCIATES
Attorneys for Plaintiff
30 East 29TH Street
New York, New York 10016
(212) 796-6053
samfeld@hotmail.com

Dated: November 15, 2012

By: _____/S/_____
    David G. Peltan, Esq.
Peltan Law, PLLC
Attorney for the Defendant
128 Church Street
East Aurora, New York 14052
(716) 655-3887
davidpeltan@peltanlaw.com

SO ORDERED:

_____

Dated: _____, 2012